[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12142
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00222-CG-C-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALIOUNE NDIONGUE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(April 2, 2013)

Before DUBINA, Chief Judge, TJOFLAT  and  PRYOR, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Alioune Ndiongue in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ndiongue's conviction and sentence are **AFFIRMED.**